**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

CASE NO. _____

**UNITED STATES OF AMERICA,**

**vs.**

**JOHN PRZYBYLA,**

     **Defendant.**

_____/

## INFORMATION

The United States charges:

### COUNT ONE
### (CONSPIRACY TO VIOLATE THE ANTI-KICKBACK ACT)

1. From on or about June 29, 2015, and continuing until on or about April 19, 2017, in the District of Columbia, and elsewhere, the Defendant,

**JOHN PRZYBYLA**,

and others, willfully, and knowingly combined, conspired, confederated and agreed to commit an offense against the United States of America, to wit, to violate Title 41, United States Code, Section 8702, by knowingly and willfully providing, attempting to provide, and offering to provide a kickback, that is, money, fees, commissions, credits, gifts, things of value, and compensation provided, directly and indirectly, to a prime contractor employee, E.B., a conspirator, for the purpose of improperly obtaining favorable treatment in connection with a prime contract and subcontract relating to a prime contract, in violation of Title 18, United States Code, Section 371.

Manner and Means of the Conspiracy

2. The manner and means by which **PRZYBYLA** and his conspirators carried out the conspiracy included, but were not limited to, the following:

3. **PRZYBYLA**, through the company he managed and operated, Capital Contracting, Inc., (a subcontractor), provided E.B., an employee of Company A (a prime contractor), checks written to an account opened in the name of an intentionally created shell company, Company B, that were designed to give E.B. 10 percent of Capital Contracting's profit from a subcontract awarded by Company A for the hardening of concrete pillars at the Harry S. Truman Federal Building, a Department of State Facility located at 2201 C Street, Northwest, Washington D.C. 20520.

4. To give the payments the appearance of legitimacy, E.B. sent Capital Contracting false invoices from Company B, showing that E.B. purportedly performed "project management" for Capital Contracting.

## Overt Acts

5. In furtherance of the conspiracy and to effect and accomplish the objects thereof, **PRZYBYLA** and his conspirators committed overt acts in the District of Columbia and elsewhere, including, but not limited to, the following:

6. On or about the following dates, **PRZYBYLA** made payments to Company B and E.B., via check in the following approximate amounts:

| Approximate Date of Payment | Approximate Amount of Payment |
|---|---|
| 6/29/2015 | $15,000 |
| 7/17/2015 | $12,250 |
| 8/10/2015 | $13,125 |
| 9/30/2015 | $12,875 |
| 11/11/2015 | $6,250 |
| 12/23/2015 | $7,125 |

| Approximate Date of Payment | Approximate Amount of Payment |
|---|---|
| 12/23/2015 | $6,075 |
| 2/24/2016 | $13,375 |
| 3/21/2016 | $12,625 |
| 12/7/2016 | $24,750 |
| 12/28/2016 | $15,000 |
| 2/6/2017 | $15,000 |
| 3/28/2017 | $14,375 |
| 4/19/2017 | $15,000 |

(All in violation of Title 18, United States Code, Section 371.)

Date: 3/28/2018

SANDRA MOSER
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By: _____
Vasanth Sridharan
Jennifer Ballantyne
Trial Attorneys, Fraud Section
Criminal Division
U.S. Department of Justice