**FILED**
APR 18 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

CASE NO. 18-cr-00080

**SEALED**

UNITED STATES OF AMERICA,

vs.

JOHN PRZYBYLA,

        Defendant.

_____/

## AGREED STATEMENT OF OFFENSE

1. From in or around June 29, 2015 through in or around April 19, 2017, the Defendant, John Przybyla ("Przybyla" or the "Defendant"), knowingly and willfully conspired to violate the anti-kickback act, in violation of 18 U.S.C. § 371.

2. On or about December 23, 2008, Company A was awarded a contract worth approximately $12 million to modernize the Harry S. Truman Federal Building, a Department of State facility located at 2201 C Street, Northwest, Washington D.C. 20520. The contract amount later increased to approximately $20 million. Part of the project involved hardening concrete columns in the facility. The Company A project manager for the contract was E.B.

3. The Defendant operated and managed Capital Contracting, Inc. ("Capital Contracting"), a construction company that specialized in concrete work. In or around 2008, Company A awarded Capital Contracting the subcontract to harden the concrete pillars in the State Department facility.

JP 4/10/18

4.       From the time Company A awarded Capital Contracting the subcontract, Przybyla paid for: E.B. to play multiple rounds of golf, E.B.'s annual membership in a golf league, and E.B. to take at least two vacations.

5.       In or around April 2015, E.B. began demanding monetary kickbacks from the Defendant, because the Defendant was making a profit on the awarded subcontract. E.B. demanded 10 percent of the value of the subcontract.

6.       Shortly after that meeting, in or around May 2015, E.B. incorporated Company B, and he opened a bank account in Company B's name with an account number ending in x1439.

7.       Starting in or around June 2015, the Defendant began writing checks from the Capital Contracting bank account to Company B in exchange for continuing to receive work at the State Department facility. These checks were deposited in the x1439 account. From in or around June 29, 2015 through in or around April 19, 2017, the Defendant wrote 14 checks to Company B, paying E.B. a total of $182,825 in kickbacks. Those payments are listed below:

| Approximate Date of Payment | Approximate Amount of Payment |
|---|---|
| 6/29/2015 | $15,000 |
| 7/17/2015 | $12,250 |
| 8/10/2015 | $13,125 |
| 9/30/2015 | $12,875 |
| 11/11/2015 | $6,250 |
| 12/23/2015 | $7,125 |
| 12/23/2015 | $6,075 |
| 2/24/2016 | $13,375 |

P 4/18/18

| Approximate Date of Payment | Approximate Amount of Payment |
|---|---|
| 3/21/2016 | $12,625 |
| 12/7/2016 | $24,750 |
| 12/28/2016 | $15,000 |
| 2/6/2017 | $15,000 |
| 3/28/2017 | $14,375 |
| 4/19/2017 | $15,000 |

8. To give the payments the appearance of legitimacy, E.B. sent Capital Contracting invoices from Company B, showing that E.B. was billing Capital Contracting $125 per hour for "project management." Though E.B. supervised the job site for Capital Contracting at the State Department facility, Przybyla knew that: (1) E.B. was supervising the site as part of his responsibilities as project manager for Company A, (2) E.B. was being paid by Company A to be at the job site, and (3) E.B. did not have any specific expertise in concrete or in the work that Capital Contracting was conducting. Additionally, the Defendant would not have paid E.B. if E.B. had not demanded kickbacks, and the $125 per hour rate Przybyla paid E.B. was designed to give E.B. the 10 percent he had demanded.

JP 4/18/18

9.    The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 4/18/18

_____
JOHN PRZYBYLA
Defendant

_____
ANDREW RADDING
Attorney for the Defendant

_____
JENNIFER BALLANTYNE
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice

_____
VASANTH SRIDHARAN
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice