

**FILED**
APR 1 8 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOHN PRZYBYLA,**<br><br>Defendant. | Criminal No.: 18-cr-00080  **SEALED**<br><br>Case: 1:18-cr-0080<br>Assigned To : Judge Jackson, Amy Berman<br>Assign. Date : 4/17/2018<br>Description: SUPERSEDING INFORMATION |

### ORDER

Based on the representations in the government's motion to seal the accompanying Superseding Criminal Information, as well as all other pleadings, proceedings, records and files in this case, this Court finds as follows.

The defendant has agreed to cooperate with the United States in an ongoing criminal investigation. The general public is not aware that the defendant has agreed to cooperate with the United States in this matter. The defendant's cooperation includes, among other things, proactive investigative steps with law enforcement, the provision of truthful information, and potential testimony against others.

The public docketing at this time of any notice that the government has filed an Information, the instant motion, and this Order will likely substantially jeopardize an ongoing criminal investigation.

Based on the representations in the government's motion, this Court finds that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the Information, the government's motion, and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this __18th__ day of April 2018, it is hereby

ORDERED that this Order, and the attached motion to seal and to delay entry on the public docket of the filing of the motion to seal, and other pleadings, recordings, proceedings, and files regarding this plea, including the Information, shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further ORDERED that the plea hearing, the transcript of the plea hearing, all proceedings and all pleadings, records and files in this case, including the Information, shall be placed under seal by the Criminal Clerk's office until further order of this Court.

It is further ORDERED that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the Information, the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

It is further ORDERED that notwithstanding the other provisions of this ORDER, the government shall be permitted to request a transcript of the plea proceedings in this case, the Court Reporter shall be permitted to prepare such a transcript and provide it to the government, and there may be a limited lifting of this sealing order to allow the government to comply with noticing and publishing requirements to effectuate any consent order of forfeiture that may be filed as part of this case, or to comply with its discovery, *Giglio* and *Brady* obligations in any pending criminal case in which the defendant herein may be called as a witness.

It is further ORDERED that the government notify the Court as soon as the need for sealing no longer exists.

HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE

Copies to:

Vasanth Sridharan
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Ave. NW
Washington, D.C. 20530
Vasanth.Sridharan@usdoj.gov


Andrew Radding
Adelberg, Rudow, Dorf, & Hendler LLC
7 St. Paul Street, Suite 600
Baltimore, MD 21202
(202) 640-4427
ARadding@Adelberg.com